# UNITED STATES DISTRICT COURT

**FOR THE DISTRICT OF** CENTRAL DISTRICT OF CALIFORNIA

**Form 1. Notice of Appeal from a Judgment or Order of a
United States District Court**

U.S. District Court case number: 2:22-CV-2160

Notice is hereby given that the appellant(s) listed below hereby appeal(s) to the United States Court of Appeals for the Ninth Circuit.

Date case was first filed in U.S. District Court: March 31, 2022

Date of judgment or order you are appealing: March 3, 2023

Docket entry number of judgment or order you are appealing: 108

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

◉ Yes   ○ No   ○ IFP was granted by U.S. District Court

**List all Appellants** *(List **each** party filing the appeal. Do not use "et al." or other abbreviations.)*

See Exhibit A to Form 6

Is this a cross-appeal?   ○ Yes   ◉ No

If yes, what is the first appeal case number?

Was there a previous appeal in this case?   ○ Yes   ◉ No

If yes, what is the prior appeal case number?

Your mailing address (if pro se):

City:              State:         Zip Code:

Prisoner Inmate or A Number (if applicable):

**Signature**   /s/ James P. Bonner   **Date**   April 3, 2023

*Complete and file with the attached representation statement in the U.S. District Court*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 1**                                                          *Rev. 06/09/2022*

# UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT
### Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*
Name(s) of party/parties:

See Exhibit A

Name(s) of counsel (if any):

Douglas J. Rovens, Rovens Lamb LLP

Address: 2601 Airport Drive, Suite 370, Torrance CA 90505

Telephone number(s): 310-536-7830

Email(s): drovens@rovenslamb.com

Is counsel registered for Electronic Filing in the 9th Circuit?    ⦿ Yes    ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*
Name(s) of party/parties:

Oaktree Capital Management, L.P.

Name(s) of counsel (if any):

Kenneth M. Trujillo-Jamison, Willenken LLP

Address: 707 Wilshire Blvd. Suite 3850, Los Angeles, CA  90017

Telephone number(s): 213-955-8031

Email(s): ktrujillo-jamison@willenken.com

*To list additional parties and/or counsel, use next page.*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**<u>Appellants</u>**

Name(s) of party/parties:

See Exhibit A

Name(s) of counsel (if any):

James P. Bonner, Fleischman Bonner & Rocco LLP

Address: 81 Main Street, Suite 515, White Plains, New York  10601

Telephone number(s): 646-415-1399

Email(s): jbonner@fbrllp.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ○ Yes   ◉ No

**<u>Appellees</u>**

Name(s) of party/parties:

Oaktree Capital Management, L.P.

Name(s) of counsel (if any):

Bruce G. Paulson and Brian P. Maloney, Seward & Kissel LLP

Address: One Battery Park Plaza

Telephone number(s): 212-574-1200

Email(s): paulsen@sewkis.com; maloney@sewkis.com

Name(s) of party/parties:

Islamic Republic of Iran; National Iranian Oil Corporation

Name(s) of counsel (if any):



Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                                   *2*                          *New 12/01/2018*

**EXHIBIT A to FORM 6**
**APPELLANTS**

**Peterson Judgment Creditors:**

| | |
|---|---|
| Abbott, Terry | Helms, Mark Anthony |
| Allman, John Robert | Hester, Stanley G. |
| Bates, Ronny Kent | Hildreth, Donald Wayne |
| Baynard, James | Holberton, Richard |
| Beamon, Jess W. | Hudson, Dr. John |
| Belmer, Alvin Burton | Hukill, Maurice Edward |
| Blankenship, Richard D. | Iacovino, Edward Jr. |
| Blocker, John W. | Innocenzi, Paul III |
| Boccia, Joseph John Jr. | Jackowski, James |
| Bohannon, Leon | James, Jeffrey Wilbur |
| Bonk, John Jr. | Jenkins, Nathaniel Walter |
| Boulos, Jeffrey Joseph | Johnston, Edward Anthony |
| Boyett, John Norman | Jones, Steven |
| Burley, William | Julian, Thomas Adrian |
| Callahan, Paul | Keown, Thomas |
| Camara, Mecot | Kluck, Daniel |
| Campus, Bradley | Knipple, James C. |
| Ceasar, Johnnie | Kreischer, Freas H. III |
| Conley, Robert Allen | Laise, Keith |
| Cook, Charles Dennis | Lang on, James IV |
| Copeland, Jolumy Len | LaRiviere, Michael Scott |
| Cosner, David | LaRiviere, Steven |
| Coulman, Kevin | Lemnah, Richard |
| Crudale, Rick | Livingston, Joseph R. ("Joel") III |
| Cyzick, Russell | Lyon, Paul D. Jr. |
| Devlin, Michael | Macroglou, John |
| Dorsey, Nathaniel | Maitland, Samuel Jr. |
| Dunnigan, Timothy | Martin, Charlie Robert |
| Earle, Bryan | Massa, David |
| Estes, Danny R. | McCall, John |
| Fluegel, Richard Andrew | McDonough, James E. |
| Fulcher, Michael D. | McMahon, Timothy R. |
| Gallagher, Sean | Menkins, Richard II |
| Gangur, George | Meurer, Ronald |
| Garcia, Randall | Milano, Joseph Peter |
| Ghumm, Harold | Moore, Joseph |
| Giblin, Timothy | Myers, Harry Douglas |
| Gorchinski, Michael | Nairn, David |
| Gordon, Richard | Olson, John Arne |
| Green, Davin M. | Owens, Joseph Albert |
| Hairston, Thomas | Page, Connie Ray |
| Haskell, Michael | Parker, Ulysses Gregory |
| | Pearson, John L. |

Perron, Thomas S.
Phillips, John Arthur Jr.
Pollard, William Roy
Prevatt, Victor Mark
Price, James
Prindeville, Patrick Kerry
Quirante, Diomedes J.
Richardson, Warren
Rotondo, Louis J.
Sauls, Michael Caleb
Schnorf, Charles Jeffrey
Schultz, Scott Lee
Scialabba, Peter
Scott, Gary Randall
Shipp, Thomas Alan
Shropshire, Jerryl
Simpson, Larry H. Jr.
Smith, Kirk Hall
Smith, Thomas Gerard
Smith, Vincent
Sommerhof, William Scott
Spencer, Stephen Eugene
Stelpflug, William
Stephens, Horace Renardo Jr.
(11Ricky")
Stockton, Craig
Stokes, Jeffrey
Sturghill, Eric D.
Sundar, Devon
Thorstad, Thomas Paul
Tingley, Stephen
Vallone, Donald H. Jr.
Washington, Eric Glenn
Wigglesworth, Dwayne
Williams, Rodney J.
Williams, Scipio Jr.
Williamson, Johnny Adam
Winter, William Ellis
Woollett, Donald Elberan
Wyche, Craig
Young, Jeffrey D.
Albright, Marvin
Arroyo, Pablo
Banks, Anthony
Burnette, Rodney Darrell
Comes, Frank Jr.

Dolphin, Glenn
Eaves, Frederick Daniel
Frye, Charles
Garner, Truman Dale
Gerlach, Larry
Hlywiak, John
Hunt, Orval
Jacobs, Joseph P.
Kirkpatrick, Brian
Matthews, Burnham
Mitchell. Timothy
Moore, Lovelle "Darrell"
Nashton, Jeffrey
Oliver, Jolm
Rivers, Paul
Russell, Stephen
Spaulding, Dana
Swinson, Craig Joseph
T oma, Michael
Wheeler, Danny
Young, Thomas D.
Abbey, Lilla Woollett
Abbott, James
Abbott, Mary (Estate of)
Adams, Elizabeth
Ahlquist, Eileen Prindeville
Alarcon, Miralda (Judith Maitland)
Allman, Anne
Allman, Robert
Allman, Theodore (Estate of)
Allman, DiAnne Margaret ("Maggie")
Alvarez, Margaret E.
Angus, Kimberly F.
Bates, Donnie
Bates, Johnny
Bates, Laura
Bates, Margie
Bates, Monty
Bates, Thomas Jr.
Bates, Thomas C., Sr.
Baumgartner, Mary E.
Baynard, Anthony
Baynard, Bany
Baynard, Emerson
Baynard, Philip
Baynard, Thomasine

Baynard, Timothy
Baynard, Wayne
Baynard, Stephen
Beard, Anna
Beck, Mary Ann
Belmer, Alue
Belmer, Annette
Belmer, Clarence
Belmer, Colby Keith
Belmer, Denise
Belmer Donna
Belmer, Faye
Belmer, Kenneth
Belmer, Luddie
Biellow, Shawn
Black, Mary Frances
Blankenship, Donald Jr.
Blankenship, Donald Sr.
Blankenship, Mary (Estate of)
Blocker, Alice
Blocker, Douglas
Blocker, John R.
Blocker, Robert
Boccia, James
Boccia, Joseph Sr.
Boccia, Patricia
Boccia, Raymond
Boccia, Richard
Boccia, Ronnie (Veronica)
Boddie, Leticia
Bohannon, Angela
Bohannon, Anthony
Bohannon, Carrie
Bohannon, David
Bohannon, Edna
Bohannon, Leon Sr.
Bohannon, Ricki
Bolinger, Billie Jean
Boulos, Joseph
Boulos, Lydia
Boulos, Marie
Bowler, Rebecca
Boyett, Lavon
Boyett, Norman E. Jr. (Estate of)
Boyett, Theresa U. Roth
Boyett, William A.

Breeden, Susan Schnorf
Briscoe, Damian
Brown, Christine
Brunette, Rosanne
Buckner, Mary Lynn
Burley, Claude (Estate of)
Burley,William Douglas (Estate of)
Burley, Myra
Calabro, Kathleen
Caldera, Rachel
Callahan, Avenell
Callahan, Michael
Calloway, Patricia (Patsy Ann)
Camara, Elisa Rock
Camara, Theresa Riggs
Campbell, Candace
Campus, Clare
Capobianco, Elaine
Carter, Florene Martin
Cash, Phyllis A.
Catano, Theresa
Ceasar, Bruce
Ceasar, Franklin
Ceasar, Fredrick
Ceasar, Robbie Nell
Ceasar, Sybil
Cecca, Christine Devlin
Chapman, Tammy
Cherry, James
Cherry, Sonia
Chios, Adele H.
Clu·istian, Jana M.
Christian, Sharon Rose
Ciupaska, Susan
Clark, LeShune Stokes
Clark, Rosemary
Cobble, Mary Ann
Collard, Karen Shipp
Collier, Jennifer
Collier, Melia Winter
Coltrane, Deborah M.
Conley, James N. Jr.
Conley, Roberta Li
Cook, Charles F.
Cook, Elizabeth A.
Cook, Mary A. (Estate of)

3

Copeland, Alan Tracy
Copeland, Betty
Copeland, Donald
Corry, Blanche
Cosner, Harold
Cosner, Jeffrey
Cosner, Leanna
Cosner, Marva Lynn (Estate of)
Cossaboom, Cheryl
Coulman, Bryan Thomas
Coulman, Christopher J.
Coulman, Dennis P.
Coulman, Lorraine M.
Coulman, Robert D.
Coulman, Robert Louis
Covington, Charlita Martin
Crouch, Amanda
Crudale, Marie
Cyzick, Eugene
Dallachie, Lynn
Deal, Anne
Derbyshire, Lynn Smith
Desjardins, Theresa
Devlin, Christine
Devlin, Daniel
Devlin, Gabrielle
Devlin, Richard
Devlin, Sean
Donahue (Milano), Rosalie
Doray, Ashley
Doss, Rebecca
Dmmigan, Chester
Dunnigan, Elizabeth Ann
Dunnigan, Michael
Dunnigan, William
Dunnigan, Claudine
Edquist, Janice Thorstad
Ervin, Mary Ruth
Estes, Barbara
Estes, Charles
Estes, Frank
Fansler, Lori
Farthing, Angela Dawn
Ferguson, Arlington
Ferguson, Hilton
Fish, Linda Sandback

Fox, Nancy Brocksbank
Fox, Tia
Freshour, Tammy
Fulcher, Ruby
Gallagher, Barbara
Gallagher, Brian
Gallagher, James (Estate of)
Gallagher, James Jr.
Gallagher, Kevin
Gallagher, Michael
Gangur, Dimitri
Gangur, Mary
Garcia, Jess
Garcia, Ronald
Garcia, Roxanne
Garcia, Russell
Garcia, Violet
Garza, Suzanne Perron
Gattegno, Jeanne
Ghumm, Arlene
Ghumm, Ashley
Ghumm, Bill
Ghumm, Edward
Ghumm, Hildegard
Ghumm, Jedaiah (Estate of)
Ghumm, Jesse
Ghumm, Leroy
Ghumm, Moronica
Giblin, Donald
Giblin, Jeanne
Giblin, Michael
Giblin, Tiffany
Giblin, Valerie
Giblin, William
Gilford-Smith, Thad
Gintonio, Rebecca
Goff, Dawn
Gorchinski, Christina
Gorchinski, Judy
Gorchinski, Kevin
Gorchinski, Valerie
Gordon, Alice
Gordon, Joseph
Gordon, Linda
Gordon, Norris (Estate of)
Gordon, Paul

Grant, Andrea
Graves, Deborah
Green, Deborah
Gregg, Liberty Quirante
Griffin, Alex
Grimsley, Catherine :E.
Gummer, Megan
Guz, Lyda Woollett
Hairston, Darlene
Hanrahan, Tara
Hart, Mary Clyde
Haskill, Brenda
Haskell, Jeffrey
Hedge, Kathleen S.
Helms, Christopher Todd
Helms, Marvin R.
Hester, Doris
Hildreth, Clifton
Hildreth, Julia
Hildreth, Mary Ann
Hildreth, Michael Wayne
Hilton, Sharon A.
Holberton, Donald
Holberton, Patricia Lee
Holberton, Thomas
Hollifield, Tangie
Horner, Debra
House, Elizabeth
Houston, Joyce A.
Howell, Tammy Camara
Hudson, Lisa H.
Hudson, Lorenzo
Hudson, Lucy
Hudson, Ruth
Hudson, Samuel (Estate of)
Hudson, William J.
Hugis, Susan Thorstad (Estate of)
Hurlburt, Nancy Tingley
Hurston, Cynthia Perron
Iacovino, Edward Sr. (Estate of)
Iacovino, Elizabeth
Innocenzi, Deborah
Innocenzi, Kristin
Innocenzi, Mark
Innocenzi, Paul IV
Jaccom, Bernadette

Jackowski, John Jr.
Jackowski, John Sr.
Jacobus, Victoria
James, Elaine
Jenkins, Nathalie C.
Jenkins, Stephen
Jewett, Rebecca
Johnson, Linda Martin
Johnson, Ray
Johnson, Rennitta Stokes
Johnson, Sherry
Johnston, Charles
Johnston, Edwin
Jolmston, Mary Ann
Johnston, Zandra LaRiviere
Jones, Alicia
Jones, Corene Martin
Jones, Kia Briscoe
Jones, Mark
Jones, Ollie
Jones, Sandra D.
Jones, Synovure (Estate of)
Jordan, Robin Copeland
Jordan, Susan Scott
Julian, Joyce
Julian, Karl
Jurist, Nada
Keown, Adam
Keown, Bobby Jr.
Keown, Bobby Sr.
Keown, Darren
Keown, William
Kirker, Mary Joe
Kluck, Kelly
Kluck, Michael
Knipple, John D. (Estate of)
Knipple, John R.
Knipple, Pauline (Estate of)
Knox, Shirley L.
Kreischer, Doreen
Kreischer, Freas H. Jr.
Lake, Cynthia D.
Lange, Wendy L.
Lang on, James III
LaRiviere, Eugene
LaRiviere; Janet

LaRiviere, John M.
LaRiviere, Lesley
LaRiviere, Michael
LaRiviere, Nancy
LaRiviere, Richard
LaRiviere, Richard G. (Estate of)
LaRiviere, Robett
LaRiviere, William
Lawton, Cathy L.
LeGault, Heidi Crudale
Lemnah, Clarence (Estate of)
Lemnah, Etta
Lemnah, Fay
Lemnah, Harold
Lemnah, Marlys
Lemnah, Robert
Lemnah, Ronald
Livingston, Annette R.
Livingston, Joseph R. IV
Livingston, Joseph R. Jr. (Estate of)
Lynch, Robin M.
Lyon, Earl
Lyon, Francisco
Lyon, June
Lyon, Maria
Lyon, Paul D. Sr.
Lyon, Valerie
Macroglou, Heather
Mahoney, Kathleen Devlin
Maitland, Kenty
Maitland, Leysnal
Maitland, Samuel Sr.
Maitland, Shirla
Marshall, Virginia Boccia
Martin, John
Martin, Pacita
Martin, Renerio
Martin, Ruby
Martin, Shirley
Mason, Mary
Massa, Cristina
Massa, Edmund
Massa, Joao ("John")
Massa, Jose ("Joe")
Massa, Manuel Jr.
Massa, Ramiro

McCall, Mary
McCall, Thomas (Estate of)
McCall, Valerie
McDermott, Gail
McFarlin, Julia A.
McMahon, George
McMahon, Michael
McPhee, Patty
Menkins, Darren
Menkins, Gregory
Menkins, Margaret
Menkins, Richard H.
Meurer, Jay T.
Meurer, John
Meurer, John Thomas
Meurer, Mary Lou
Meurer, Michael
Meyer, Penny
Milano, Angela
Milano, Peter Jr.
Miller, Earline
Miller, Henry
Miller, Patricia
Montgomery, Helen
Moore, Betty
Moore, Harry
Moore, Kimberly
Moore, Mary
Moore, Melissa Lea
Moore, Michael (Estate of)
Moy, Elizabeth Phillips.
Myers, Debra
Myers, Geneva
Myers, Harry A.
Nairn, Billie Ann
Nairn, Campbell J. III
Nairn, Campbell J. Jr. (Estate of)
Nairn, William P.
Norfleet, Richard
O'Connor, Deborah
Olaniji, Pearl
Olson, Bertha (Estate of)
Olson, Karen L.
Olson, Randal D.
Olson, Roger S.
Olson, Ronald J.

Olson, Sigurd (Estate of)
Owens, David
Owens, Deanna
Owens, Frances
Owens, James (Estate of)
Owens, Steven
Page, Connie Mack
Page, Judith K.
Palmer, Lisa Menkins
Paolozzi, Geraldine
Pare, Maureen
Parker. Henry James
Parker, Sharon
Pearson, Helen M.
Pearson, John L. Jr.
Pearson, Sonia
Perron, Brett
Perron, Deborah Jean
Perron, Michelle
Perron, Ronald R.
Persky, Muriel
Peterson, Deborah D.
Petry, Sharon Conley
Petrick, Sandra
Phelps, Donna Vallone
Phillips, Harold
Phillips, John Arthur Sr.
Plickys, Donna Tingley
Pollard, Margaret Aileen
Pollard, Stacey Yvonne
Prevatt, Lee Hollan
Prevatt, Victor Thornton
Price, John
Price, Joseph
Prindeville, Barbara D. (Estate of)
Prindeville, Kathleen Tara
Prindeville, Michael
Prindeville, Paul
Prindeville, Sean
Quirante, Belinda J.
Quirante, Edgar
Quirante, Godofredo (Estate of)
Quirante, Milton
Quirante, Sabrina
Ray, Susan
Reininger, Laura M.

Richardson, Alan
Richardson, Beatrice
Richardson, Clarence
Richardson, Eric
Richardson, Lynette
Richardson, Vanessa
Richardson-Mills, Philiece
Ricks, Melrose
Riva, Belinda Quirante
Rockwell, Barbara
Rooney, Linda Rose,
Tara Smith
Ruark, Tammi
Rudkowski, Juliana
Russell, Marie McMahon
Sanchez, Alicia Lynn
Sauls, Andrew
Sauls, Henry Caleb
Sauls, Riley A.
Schnorf, Margaret Medler
Schnorf, Richard (brother)
Schnorf, Richard (father)
Schnorf, Robert
Schultz, Beverly
Schultz, Dennis James
Schultz, Dennis Ray
Scialabba, Frank
Scialabba, Jacqueline
Scialabba, Samuel Scott
Scott, Jon Christopher
Scott, Kevin James
Scott, Larry L. (Estate of)
Scott, Mary Ann
Scott, Sheria
Scott, Stephen Allen
Seguerra, Jacklyn
Shipp, Bryan Richard
Shipp, James David
Shipp, Janice
Shipp, Maurice
Shipp, Pauline
Shipp, Raymond Dennis·
Shipp, Russell
Sinsioco, Susan J.
Smith-Ward, Ana
Smith, Angela Josephine (Estate of)

Smith, Bobbie Ann
Smith, Cynthia
Smith, Donna Marie
Smith, Erma
Smith, Holly
Smith, Ian
Smith, Janet
Smith, Joseph K. JII
Smith, Joseph K. Jr.
Smith, Keith
Smith, Kelly B.
Smith, Shirley L.
Smith, Tadgh
Smith, Terrence
Smith, Timothy B.
Sommerhof, Jocelyn J.
Sommerhof, John
Sommerhof, William J.
Spencer, Douglas
Stelpflug, Christy Williford
Stelpflug, Joseph
Stelpflug, Kathy Nathan
Stelpflug, Laura Barfield
Stelptlug, Peggy
StelpJlug, Williru:n
Stephens, Horace Sr.
Stephens, Joyce
Stephens, Keith
Stockton, Dona
Stockton, Donald (Estate of)
Stockton, Richard
Stokes, Irene
Stokes, Nelson Jr.
Stokes, Nelson Sr. (Estate of)
Stokes, Robert
Stokes-Graham, Gwen
Sturghill, Marcus D.
Sturghill, Marcus L. Jr.
Sturghill, NaKeisha Lynn
Sundar, Doreen
Tella, Margaret
Terlson, Susan L.
Thompson, Mary Ellen
Thorstad, Adam
Thorstad, Barbara
Thorstad, James Jr.

Thorstad, James Sr.
Thorstad, John
Thorstad, Ryan
Thurman, Betty Ann
Tingley, Barbara
Tingley, Richard L.
Tingley, Russell
Tollivel', Keysha
Turek, Mary Ann
Valenti, Karen
Vallone, Anthony
Vallone, Donald H.
Vallone, Timothy
Vargas, Leona Mae
Voyles, Denise
Wallace, lla
Wallace, Kathryn Thorstad
Wallace, Richard J.
Warwick, Barbara Thorstad
Washington, Linda
Washington, Vancine
Watson, Kenneth
Whitener, Diane
Wigglesworth, Daryl
Wigglesworth, Darrin A.
Wigglesworth, Henry
Wigglesworth, Mark
Wigglesworth, Robyn
Wigglesworth, Sandra
Wigglesworth, Shawn
Williams, Dianne Stokes
Williams, Gussie Martin
Williams, Janet
Williams, Johnny
Williams, Rhonda
Williams, Ronald
Williams, Ruth
Williams, Scipio J.
Williams, Wesley
Williams-Edwards, Delma
Williamson, Tony
Williamson, Jewelene
Winter, Michael
Wiseman, Barbara
Woodford, Phyllis
Woodle, Joyce

Woollett, Beverly
Woollett, Paul
Wright, Melvina Stokes
Wright, Patricia
Wyche, Glenn
Wyche, John
Young, John F.
Young, John W.
Young, Judith Carol
Young, Sandra Rhodes
Zimmerman, Joanne
Zone, Stephen Thomas
Zosso, Patricia Thorstad
Ali, Jarnaal Muata
Angeloni, Margaret
Arroyo, Jesus
Arroyo, Milagros
Carletta, Olympia
Carpenter, Kimberly
Comes, Joan
Comes, Patrick
Comes, Christopher
Comes, Frank Sr.
Crawford, Deborah
Davis, Barbara
Franklin, Alice Warren
Gerlach, Patricia
Gerlach, Travis
Gerlach, Megan
Hernandez, Arminda
Hlywiak, Margaret
Hlywiak, Peter Jr.
Hlywiak, Peter Sr.
Hlywiak, Paul
Hlywiak, Joseph
Hunt, Cynthia Lou
Ibarro, Rosa
Jacobs, Andrew Scott
Jacobs, Daniel Joseph
Jacobs, Danita
Kirkpatrick, Kathleen
Lewis, Grace
Magnotti, Lisa
Mitchell, Wendy
Moore, James Otis (Estate of)
Moore, Johnney S. (Estate of)

Moore, Marvin S.
Moore, Alie Mae
Moore-Jones, Jonnie Mae
Nashton, Alex W. (Estate of)
Oliver, Paul
Oliver, Riley
Oliver, Michael John
Oliver, Ashley E.
Oliver, Patrick S.
Oliver, Kayley
Russell, Tanya
Russell, Wanda
Russell, Jason
Shaver, Clydia
Spaulding, Scott
Stanley, Cecilia
Stilpen, Mary
Swank, Kelly
Swinson, Kenneth J. (Estate of)
Swinson, Ingrid M. (Estate of)
Swinson, Daniel
Swinson, William
Swinson, Dawn
Swinson, Teresa
Warren, Bronzell
Watson, Jessica
Webb, Audrey
Wheeler, Jonathan
Wheeler, Benjamin
Wheeler, Marlis "Molly" (Estate of)
Wheeler, Kerry
Wheeler, Andrew
Wheeler, Brenda June
Wold, Jill
Young, Nora (Estate of)
Young, James
Young, Robert (Estate of)

**<u>Valore Judgment Creditors</u>:**

| | |
|---|---|
| Alvarado, Jr., Pedro | Valore, Jr., Orlando M. |
| Anderson , Dennis Jack | Bolen, Neale Scott |
| Brooks , Timothy | Estate of Moses Arnold, Jr. |
| Harris, Michael | Arnold, Lolita M. |
| Pontillo, Donald R. | Beck, Lisa Ann |
| Selbe, John E. | Bolen, Betty J. |
| Thompson, Willy G. | Bolen, Keith Edwin |
| Valore, Terance J. | Bolen, Sheldon H. |
| Estate of David L. Battle | Korz, Sharla M. |
| Estate Of Matilde Hernandez, Jr. | Estate of James Silvia |
| Estate of John Muffler | Spencer, Lynne Michol |
| Estate of John Jay Tishmack | Bonk , Catherine |
| Estate of Leonard Warren Walker | Bonk, Kevin |
| Estate of Walter Emerson Wint, Jr. | Bonk , Thomas |
| Estate of James Yarber | Bonk, Sr. , John |
| Alvarado, Angel | DiGiovanni , Marion |
| Alvarado, Geraldo | Fiedler, Sherry Lynn |
| Alvarado, Grisselle | Fluegel, Marilou |
| Alvarado, Luis | Fluegel, Robert |
| Alvarado, Luisa | Fluegel, Thomas A. |
| Alvarado, Maria | Hairston, Evans |
| Alvarado, Marta | Hairston, Felicia |
| Alvarado, Minerva | Hairston, Julia Bell |
| Alvarado, Yolanda | Hukill, Henry Durban |
| Alvarado, Zoraida | Hukill, Mark Andrew |
| Alvarado Tull, Andres | Hukill, Matthew Scott |
| Bass, Cheryl | Hukill, Melissa |
| Brooks, Edward J. | Hukill, Meredith Ann |
| Brooks, Patricia A. | Hukill, Mitchell Charles |
| Ford, Wanda | Hukill, Monte |
| Harris, Bennie | Hukill, Virginia Ellen |
| Harris, Rose | Hunt, Catherine Bonk |
| Parson, Marcy Lynn | Jones, Storm |
| Pontillo, Douglas | Joyce, Penni |
| Selbe, Don | Kirkwood, Jeff |
| Selbe, Eloise F. | Kirkwood, Shirley |
| Selbe, James | Kirkwood, Jr., Carl Arnold |
| Skarka, Belinda | Kirkwood, Sr., Carl |
| Thompson, Allison | Kronenbitter, Patricia |
| Thompson, Isaline | Laise, Bill |
| Thompson, Johnny | Laise, Betty |
| True, Deborah | Laise, Kris |
| Valore, Janice | Macroglou, Bill |
| | Macroglou, James |

Macroglou, Lorraine
McDonald, Kathy
McDonough, Edward Joseph
McDonough, Edward W.
McDonough, Sean
Rhosto, Deborah Spencer
Estate of Luis Rotondo
Estate of Rose Rotondo
Estate of Phyllis Santoserre
Simpson, Anna Marie
Simpson, Renee Eileen
Simpson, Robert
Simpson, Sr., Larry H.
Wirick, Sally Jo
Bolen, Neale Scott
Estate of Moses Arnold, Jr.
Arnold, Lolita M.
Beck, Lisa Ann
Bolen, Betty J.
Bolen, Keith Edwin
Bolen, Sheldon H.
Korz, Sharla M.
Estate of James Silvia
Spencer, Lynne Michol
Bonk , Catherine
Bonk, Kevin
Bonk , Thomas
Bonk, Sr. , John
DiGiovanni , Marion
Fiedler, Sherry Lynn
Fluegel, Marilou
Fluegel, Robert
Fluegel, Thomas A.
Hairston, Evans
Hairston, Felicia
Hairston, Julia Bell
Hukill, Henry Durban
Hukill, Mark Andrew
Hukill, Matthew Scott
Hukill, Melissa
Hukill, Meredith Ann
Hukill, Mitchell Charles
Hukill, Monte
Hukill, Virginia Ellen
Hunt, Catherine Bonk
Jones, Storm

Joyce, Penni
Kirkwood, Jeff
Kirkwood, Shirley
Kirkwood, Jr., Carl Arnold
Kirkwood, Sr., Carl
Kronenbitter, Patricia
Laise, Bill
Laise, Betty
Laise, Kris
Macroglou, Bill
Macroglou, James
Macroglou, Lorraine
McDonald, Kathy
McDonough, Edward Joseph
McDonough, Edward W.
McDonough, Sean
Rhosto, Deborah Spencer
Estate of Luis Rotondo
Estate of Rose Rotondo
Estate of Phyllis Santoserre
Simpson, Anna Marie
Simpson, Renee Eileen
Simpson, Robert
Simpson, Sr., Larry H.
Wirick, Sally Jo

11

**Bland Judgment Creditors:**

| | |
|---|---|
| Anderson, Alan C. | Estate of Michael D. Mercer |
| Anderson, Thelma | Mercer, Sarah |
| Estate of Stephen B. Bland | Palmer, Samuel |
| Estate of Frank Bland | Nicely, Robin |
| Bland, James | Estate of Juan Rodriguez |
| Bland, Ruth Ann | Puntonet, Louisa |
| Estate of Laura V. Copeland | Rucker, Robert |
| Duplanty, Ronald | Estate of Billy San Pedro |
| Estate of Sean F. Estler | San Pedro, Cesar |
| Estler, Keith | San Pedro, Guillermo |
| Estler, Mary Ellen | San Pedro, Javier |
| Estler, Jr., Louis C. | San Pedro, Sila |
| Estate of Benjamin E. Fuller | Shields, Thurnell |
| Allen, Elaine | Simmons, Emmanuel |
| Fuller, Ernest C. | Estate of James Surch |
| Gibson, John | Surch, Will |
| Gibson, Holly | Barnett, Patty |
| Gibson, Maurice | Ulich, Bradley |
| Estate of Michael Hastings | Dougherty, Jeanette |
| Hastings, Joyce | Peterson, Marilyn |
| Estate of Paul Hein | Estate of Eric Walker |
| Hein, Christopher | Walker-Jones, Tena |
| Hein, Jo Ann | Walker, Ronald E. |
| Hein, Karen | Walker, Ronnie |
| Hein, Victor | Weber, Galen |
| Kuncyz, Jacqueline M. | Estate of Obrian Weekes |
| Estate of John Hendrickson | Weekes, Ianthe |
| Hendrickson, John | Weekes, Keith |
| Hendrickson, Tyson | Weekes, Meta |
| Ryan, Deborah | Edmond, Anson |
| Estate of Bruce Hollingshead | Edmond, Arnold |
| Hollingshead, Melinda | Edmond, Hazel |
| Manley, Renard | Edmond, Wendy |
| Estate of Michael R. Massman | Estate of Dennis L. West |
| Massman, Angela | West, Kathy |
| Massman, Kristopher | Estate of John Weyl |
| Massman, Lydia | Rowan, Sharon |
| Gomez, Nicole | Bachlor, Kelly |
| Smith, Patricia Lou | Brock, Robin |
| Estate of Louis Melendez | Rowan, Morgan W. |
| Melendez, Douglas J. | Weyl, Nelson |
| Melendez, Johnny | |
| Melendez, Zaida | |
| Melendez, Jr., Johnny | |

**<u>Brown Judgment Creditors</u>:**

Barile, Joseph A.
Barile, Angela E.
Barile, Michael
Ciarla, Andrea
Moore, Ann Marie
Yoak, Angela
Becker, John
Estate of Anthony K. Brown
Brown, John
Brown, Rowel
Brown, Sulba
Brown, Vara
McBride, Marvine
Smith, LaJuana
Burns, Rodney E.
Burns, Eugene
Burns,David
Scaggs, Jeannie
Cuddeback, Jr., Daniel
Cuddeback, Barbara
Cuddeback, Sr., Daniel
Episcopo, Michael
Gaddo, Randy
Blattler, Louise Gaddo
Gaddo, Peter
Gaddo, Timothy
Estate of William R. Gaines, Jr.
Gaines, Michael A.
Gaines, Sr., William R.
Spears, Carolyn
Weaver, Carole
Estate of Virgel Hamilton
Hamilton, Gloria
Hastings, Bruce S.
Hodges, Maynard
Hodges, Mary Jean
Hodges, Kathy
Brown, Loretta
Holmes, Cindy
Saul, Shana
Joy, Daniel
Kremer, Daniel
Estate of Thomas Kremer
Estate of Christine Kremer

Kremer, Joseph T.
Stahrr, Jacqueline
Estate of David A. Lewis
Lewis, Betty
Lewis, Jerry L.
Lewis, Scott M.
Martinez, Sr., Paul
Gunther, Teresa
Martinez, Alphonso
Martinez, Daniel L.
Martinez, Michael
Martinez, Jr. Paul
Martinez, Tomasita  L.
Martinez-Parks, Esther
Yeoman, Susanne
Estate of Jeffrey B. Owen
Owen, Jean G.
Owen, Steven
Estate of Michael L. Page
Page, Albert
Page, Janet
Clifford, Joyce
Penosky, David
Penosky, Joseph
Rauch, Christian R.
Tice, Leonard Paul
Estate of Burton Wherland
Wherland, Gregory
Wherland, Kimmy
Wherland, Sarah
Davis, Sharon
West, Charles F.
West, Charles H.
West, Rick

13

**Davis Judgment Creditors:**

| | |
|---|---|
| Faith Albright | Scott Dudley |
| Gary Wayne Allison | David Eaves |
| C. Keith Bailey | Estate of Roy Edwards |
| Charles E. Bailey | Cindy Colasanti |
| Vina S. Bailey | Estate of Barbara Edwards |
| Karen L. Cooper | Estate of Penny Garner |
| Mark Bartholomew | Estate of David D. Gay |
| Teresa Bartholomew | Gail Black |
| Crystal Bartholomew | Estate of Neva Jean Gay |
| Jerry Bartholomew | Ronald Gay |
| Joyce Bartholomew | Timothy Gay |
| Arthur Johnson | Rebecca Cordell |
| Robert Bragg | Estate of David D. Gay, Sr. |
| Thomas D. Brown, Jr. | Estate of Warner Gibbs, Jr. |
| Jeanette Odom | Freda Gibbs Hutcherson |
| Deborah Vogt | Larry Gibbs |
| Christopher Burnette | Marcus A. Lewis |
| Connie Decker | Estate of Warner Gibbs, Sr. |
| Gwen Burnette | Estate of Janet Yvonne Lewis |
| Gwen Woodcock | Earl Guy |
| Lisa Burleyson | Joan M. Crawford |
| Mecot Echo Camara | Ian Guy |
| Dale Comes | Eddie Guy, Jr. |
| Tommy Comes | Adam Guy |
| Estate of Bert Daniel Corcoran | Estate of Douglas Held |
| Kathleen Collins | Estate of Sondra Lou Held |
| Catherine Corcoran | Patrick Held |
| Estate of Robert Alton Corcoran | Thomas Held |
| Estate of Keith Alton Corcoran | Thomas Hoke |
| Robert Brian Corcoran | Glenn W. Hollis |
| Elizabeth Ann Ortiz | Jane Costa |
| Michael Corrigan | Estate of Ann Hollis |
| Estate of Andrew Davis | Jack Darrell Hunt |
| Carolyn Davis | Mendy Leight Hunt |
| Jennifer Davis | Molly Fay Hunt |
| Estate of Frederick Douglass | Estate of John Ingalls |
| Shirley Douglass Miller | James Ingalls |
| Susan Baker | Joseph Ingalls |
| Regina Periera | Kevin Jiggetts |
| Richard Dudley | Donald Long |
| Toledo Dudley | Robert Lynch |
| Sherry Latoz | Estate of Manual Massa, Sr. |
| Cynthia Blankenship | Tim McCoskey |
| Ginger Tuton | Ronald L. Moore |

John W. Nash
Rose Ann Nash
Estate of Frank E. Nash
William H. Nash
Mark S. Nash
Frank E. Nash, Jr.
Jaklyn Milliken
Rosemarie Vliet
Cataldo Anthony Nashton
Claudia Comino
Mark Nashton
Myles Nashton
Jennifer Page Nelson
Timothy Price
Estate of Betty Lou Price
James M. Puckett
Ronald Putnam
Bruce H. Richardson
Bernice Rivers
Barbara Ann Russell
Robert Emmett Russell
Glenn Edward Russell
Charles Edward Russell, Jr.
Jean Louis Brown
Nancy MacDonald
Diane Carol Higgins
Estate of Thomas Russell
Thomas Rutter
John Santos
Raoul Santos (father)
Mary Santos
Donna Duffy
Mary Cropper
Doreen Callanan
Jean Winner
Kevin Santos
Raoul Santos (brother)
Joseph Richard Schneider
Morris Schneider
Jacqueline Gibson
Paul Segarra
Steven Shapuras
David W. Sharp
Charles Simmons
Estate of Thomas D. Stowe
David Stowe

Barbara Stowe
Priscilla Stowe
Samantha Stowe
Donna Baloga
Edward J. Streker
Estate of Henry Townsend, Jr.
Lillian Townsend
Henry Townsend
Marcia C. Townsend-Tippett
Valerie Tatum
Cynthia Green
Kawanna Duncan
John Turner
Judith Turner
Thomas Andrew Walsh
Charles Walsh
Ruth Walsh
Pat Campbell
Rachel Walsh
Timothy Walsh
Michael Walsh
Estate of Sean Walsh
Patricia Fitzgerald Washington
Gerald Foister
Estate of Tandy W. Wells
Danny Holland Wells
Edith Holland Wells
Estate of Harold Dean Wells
Frances Mangrum
Stella Wells George
Cleta Wells
Timothy Shon Wells
Michael Shane Wells
Perry Glenn Wells
Bryan K. Westrick
John Westrick
Patricia Westrick
Whitney R. Westrick
Gerald Wilkes, Jr.
Gerald Wilkes, Sr.
Estate of Peggy Wilkes
Estate of Dorothy Williams
Bill Williamson
Deborah Wise
Michael Zilka
Sue Zilka

**<u>Anderson Judgment Creditors</u>:**

Anderson, Emma Jean
Anderson, Estate of Dennis Anderson, Sr.
Thompson, Melvin Oley


**<u>Botvin Judgment Creditors</u>:**

Botvin, Estate of Yael
Goldberg-Botvin, Julie
Botvin Dagan, Tamar
Botvin, Michal


**<u>Fain Judgment Creditors</u>:**

Fain, Evan III
Fain, Maria
Amosa, Maria
Fain, Evan IV
Fain, Joseph Edward


**<u>Murphy Judgment Creditors</u>:**

Ybarra, Armando J.
L'Heureux, John E.
Rich, Estate of Terrance
Murphy, Elizabeth
Harris, Bryan
Wells, Mary E.
L'Heureux, Kerry M.
L'Heureux, Jane L.

**<u>Spencer Judgment Creditors</u>:**

Spencer, Kenneth Jr.
Rice, Samuel P.
Dias, Stephen Joseph
Brown, Estate of David
Ellison, Estate of Jesse James
Sword, Robert
Sibille, Steven
Howell, Donald

16

**Roth Judgment Creditors**:

Roth, Estate of Malka
Roth, Frimet
Roth, Pesia
Roth Rappaport, Rivka
Roth, Zvi
Roth, Shaya
Roth, Pinchas


**Fritz Judgment Creditors**:

Fritz, Estate of Jacob
Fritz, Noala
Fritz, Estate of Lyle
Fritz, Ethan
Fritz, Daniel
Chism, Estate of Bryan
Chism, Elizabeth
Chism, Danny
Chism, Vanessa
Chism, Julie
Falter, Estate of Shawn
Falter, Linda
Falter, Marjorie
Falter, Russell J.
Falter, Russell C.
Lucas, Andrew
Lucas, David
Lucas, Timothy
Novak, Marsha
Sackett, Jason
Sackett, John
Al-Taie, Estate of Ahmed
Taie, Hathal K.
Al-Taie, Kousay
Al-Taie, Nawal

**O'Brien Judgment Creditors:**

Gaffney, Daniel Lane
Gaffney, David
Gaffney, Gregory
Gaffney, Michael
Gaffney, Paul
Gaffney, Robert Edward
Gaffney, Rosemary
Croak, Virginia
Poremba, Ellisa
O'Brien, Jeffrey Paul
O'Brien, Leonard
O'Brien, Stephen
Horton, Ellen
Linehan, Elizabeth

**Worley Judgment Creditors:**

Vasquez, Mario H.
West, Denny
Chipura, Estate of John
Chipura, Eileen
Chipura, Mancy
Chipura, Gerard
Cohen, Susan
Hamilton, Estate of Roscoe
Gayheart, Freda Sue
Green, Ramona
Hamilton, Robert
Edwards, James
Edwards, Ray
Rowe, Betty Sue
Edwards, Gary
Edwards, Ralph
Edwards, Estate of Larry
Worley, Estate of David
Worley, Nancy
Worley, David
Worley, Bryan
Buckmaster, Estate of John
Buckmaster, Esther
Buckmaster, Gregg
Buckmaster, Vickie
Buckmaster, Arley

18

**Taylor Judgment Creditors**:

Taylor, Amy Battle
Collins, Estate of Corinne
Holloway, Beth
Goldfarb, Juanita R.
Hernandez, Mary
Hernandez, James
Hernandez, Marcus A.
Hernandez, Matilde III
Hernandez, Veronica
Arriola, Delfina
Ortunio, Hortencia
Santiago, Margaret
Hernandez, Rodolfo-Rudy
Herandez, Richard
Cortez, Josie
Hernandez, Estate of Leonardo
Muffler, Robert Jr.
Tishmack, Ronald
Tishmack, Leslie
Tishmack, Estate of Teresa
Walker, Celia
Crawford, Annise
James, Elizabeth
Wint, Dorothy C.
Wint, Kenneth C.
Valania, Linda
Wint, Robert
Featherstone, Sheila
Wint, Estate of Walter Emerson Sr.
Yarber, Jutta
Yarber, David
Yarber, Deborah
Yarber, Robert
Renton, Hazel
Masterson, Alene
Yarber, Clifford
Arnold, Catherine
Arnold, Cathy Wendy
Arnold, Mark
Arnold, Moses Sr.
Arnold, Moses Bernard
Arnold, Rosalind
Ackley, Sandy Christine
Arnold, Timothy Dion